IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16–11–M–DWM–4 |
| Plaintiff, | |
| v. | ORDER |
| KAULIKA TEHARA ARENSBERG, | |
| Defendant. | |

The government having moved unopposed to dismiss the revocation petitions pending in this case,

IT IS ORDERED that the motion (Doc. 294) is GRANTED. The Original Petition, (Doc. 271), and Amended Petition, (Doc. 285), are DISMISSED. The final disposition hearing set for October 15, 2021 is VACATED.

DATED this 28th day of September, 2021.

Donald W. Molloy, District Judge
United States District Court